IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-02096-WYD-PAC

HAMID ANSARI and
BROADBAND UTILITY RESOURCES, L.P.,

      Plaintiffs,

v.

QWEST COMMUNICATIONS CORPORATION,

      Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiffs' Motion to Lift the Stay filed

September 2, 2005.  The motion relates to the Court's June 8, 2004 Order that

required Defendant to file a petition to compel arbitration in the United States District

Court for the District of Columbia by July 7, 2004, and stayed the case pending a

ruling on that petition.

Defendant chose not to file its petition to compel arbitration in the District of

Columbia as directed by this Court, but to appeal this Court's Order to the United

States Court of Appeals for the Tenth Circuit ["Tenth Circuit"].  Since the Tenth Circuit

recently affirmed this Court's June 8, 2004 Order (the mandate was issued August 3,

2005), Plaintiffs request that the Court lift the stay so that they can prosecute this

action.

Defendant filed a response to Plaintiff's motion on September 16, 2005, as directed by the Court.  Defendant states therein that since the Tenth Circuit affirmed this Court's ruling, it has been considering whether to file a writ of certiorari with the United States Supreme Court.  Defendant has now decided not to seek further appellate review.  Instead, on September 15, 2005, Defendant filed a Petition to Compel Arbitration (attached as Exhibit A to the response) in the District of Columbia.  Defendant requests that the case continue to be stayed pending a ruling on the arbitration issue and that Plaintiffs' motion be denied.

Having carefully considered this matter, I deny Plaintiffs' Motion to Lift the Stay.  Although Defendant did not file the Petition to Compel Arbitration as directed by the Court in July 2004, it should not be penalized since it chose instead to pursue its appeal rights as to this Court's Order.  Further, it has now filed its Petition to Compel Arbitration with the District of Columbia, which gives that court jurisdiction to consider whether this case needs to be arbitrated.  Lifting the stay would thus be improper.  Accordingly, the case remains stayed pending a ruling by the U.S. District Court for the District of Columbia on the Petition to Compel Arbitration.  The parties are advised to promptly inform the Court once the District of Columbia has reached a decision.

In conclusion, it is

ORDERED that Plaintiffs' Motion to Lift Stay filed September 2, 2005, is **DENIED**.  This case shall remain stayed pending a ruling by the United States District Court for the District of Columbia on the Petition to Compel Arbitration.  It is

FURTHER ORDERED that the parties shall promptly inform the Court once the

District of Columbia has reached a decision on Defendant's Petition.

Dated:  September 28, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge