IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-02096-WYD-KLM

HAMID ANSARI and
BROADBAND UTILITY RESOURCES, L.P.,

    Plaintiff(s),

v.

QWEST COMMUNICATIONS CORPORATION,

    Defendant(s).
_____

**ORDER**
_____

THIS MATTER comes before the Court on review of the file. On August 28, 2005, an Order was entered denying a Motion to Lift Stay. This case remained stayed pending a ruling by the United States District Court for the District of Columbia on the Petition to Compel Arbitration. In the same Order, the parties were ordered to inform the Court once the District of Columbia had reached a decision on Defendant's Petition.

The Court, having reviewed the file, finds that rather than leaving this case open for months or even years pending a ruling by the United States District Court for the District of Columbia that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown

Dated: April 28, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge