IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  03-cv-02096-WYD-KLM

HAMID ANSARI and
BROADBAND UTILITY RESOURCES, L.P.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS CORPORATION,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

The Court has reviewed the Stipulation for Dismissal With Prejudice [#75], filed

December 2, 2008.  It is hereby

ORDERED that this action, in its entirety, is dismissed **WITH PREJUDICE**, with

each party to bear his or its own attorneys' fees and costs.

Dated:  December 8, 2008.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF UNITED STATES DISTRICT JUDGE